STEVAN J. HENRIOULLE
LAW OFFICE OF UY & HENRIOULLE
1212 BROADWAY, SUITE 820
OAKLAND, CA 94612
TEL: 510-835-3730
FAX: 510-835-3731

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY LANIN <br><br> Plaintiff(s) <br><br> v. <br><br> WELLS FARGO BANK, N.A.; MARIN CONVEYANCING CORPORATION; GREENPOINT MORTGAGE FUNDING, INC., CAPITAL ONE, N.A. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2009-CV-02461-FCD-DAD <br><br> **SUBSTITUTION OF ATTORNEY** |

D.L.
DMITRIY LANIN
*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other _____

hereby substitutes STEVAN J. HENRIOULLE _____ 57282 _____ who is
*State Bar Number*

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per  1212 BROADWAY, SUITE 820
*Street Address*

OAKLAND, CA 94612      510-835-3730      510-835-3731      as attorney
*City, State, Zip Code*      *Telephone Number*      *Facsimile Number*

of record in the place and stead of PLAINTIFF IN PRO PER
*Present Attorney*

Dated: OCTOBER 27, 2009                         /s/ Dmitriy Lanin
                                                *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: OCTOBER 27, 2009                         /s/ Dmitriy Lanin
                                                *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: OCTOBER 28, 2009                         /s/ Stevan J. Henrioulle
                                                *Signature of New Attorney*

**Substitution of Attorney is hereby** ☒ **Approved.** ☐ **Denied.**

Dated: OCTOBER 29, 2009
                                                **United States District Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (10/01)