UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DMITRIY LANIN,

        Plaintiff,

    v.

GREENPOINT MORTGAGE FUNDING, INC., et. al.,

        Defendants.

NO. CIV.S-09-2461 FCD DAD

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

    1.    Plaintiff's counsel is ordered to show cause why this case should not be dismissed for failing to file plaintiff's Second Amended Complaint in compliance with the court's order dated February 19, 2010 (Fed. R. Civ. P. 41).

    2.    Plaintiff's counsel shall file his response to the order to show cause on or before March 26, 2010.

    3.    A hearing on the order to show cause is set for April 9, 2010 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: March 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE